### 14705.   McLENDON *v.* THE STATE.

LUKE, J.   No error of law is complained of; the evidence authorized the verdict, and it was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 25, 1923.

Indictment for possessing liquor; from Newton superior court — Judge Hutcheson.   May 19, 1923.

*King & Johnson,* for plaintiff in error.
*Claude C. Smith, solicitor-general,* contra.